UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEE PERRY,<br>　　　　Petitioner,<br>　v.<br>JAMES ROBERTSON,<br>　　　　Respondent. | Case No. 21-cv-08311-HSG<br>**ORDER OF DISMISSAL** |

Petitioner, an inmate at Pelican Bay State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state court conviction. On February 11, 2022, the Court dismissed the petition for failure to state a cognizable claim for federal habeas relief and granted Petitioner leave to file an amended petition. Dkt. No. 7. Petitioner was ordered to file an amended petition by March 11, 2022, and cautioned that the failure to timely file an amended petition would result in dismissal of this action either for failure to prosecute under Fed. R. Civ. P. 41(b) or for failure to state a cognizable claim for relief. Dkt. No. 7. Petitioner has not filed an amended petition, and the deadline to do so has passed. Petitioner also has not communicated with the Court since he filed the petition.

//

//

//

//

//

//

//

1    Accordingly, this petition is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b)
2 for failure to prosecute, for failure to comply with the Court's February 11, 2022 order, and for
3 failure to state a cognizable claim for federal habeas relief.  The Clerk shall enter judgment in
4 favor of Respondent and against Petitioner, and close the file.

5    **IT IS SO ORDERED.**

6 Dated: 3/31/2022

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge